

# Summons

In the matter of  **TIMOTHY J WASHBURN, 6458 PAMADEVA RD, HANOVER, PA 17331-6809**

Internal Revenue Service (Division): **SMALL BUSINESS/SELF EMPLOYED**

Industry/Area (name or number): **SB/SE AREA 2 (22)**

Periods:  **See Attachment 1 to Summons Form 2039 for Period Information**

### The Commissioner of Internal Revenue

To:  **TOWER FEDERAL CREDIT UNION**
At:  **7901 SANDY SPRING ROAD, LAUREL, MD 20707**

You are hereby summoned and required to appear before ERIK J EBERZ, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

The following information regarding any accounts with your bank on which Timothy J Washburn (        ) or Terri M Washburn (        ) is named as a depositor is required:

   1. Bank Statements for 01/01/2002 to 04/10/2013 for all checking, savings, or other accounts in the name or control of Timothy J Washburn and/or Terri M Washburn.
   2. Deposit slips, deposit items (both sides of cancelled checks comprising each deposit (including cashed out foreign items), and both sides of all cancelled checks for 01/01/2002 to 04/10/2013 for all checking, savings, or other accounts in the name or control of Timothy J Washburn and/or Terri M Washburn.
   3. Copies of any financial statements and loan applications from 01/01/2002 to 04/10/2013
   10. Documents on any wire transfers in and wire transfers out in 01/01/2002 to 04/10/2013
   11. Signature cards for all bank accounts from 01/01/2002 to 04/10/2013
   12. Any private banking information for 01/01/2002 to 04/10/2013

If there are no such accounts, a statement to this effect is required.  Please print more than one check on each page to save paper.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

  **1720 HEMPSTEAD RD BLDG 144, LANCASTER, PA 17601  (717) 207-4344**

**Place and time for appearance at:**   **1720 HEMPSTEAD RD BLDG 144, LANCASTER, PA 17601**

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev. 10-2010)
Catalog Number 21405J

on the **24th** day of **May**, **2013** at **8:30** o'clock **a** m.

Issued under authority of the Internal Revenue Code this **25th** day of **April**, **2013**

**ERIK J EBERZ**
Signature of Issuing Officer

Signature of Approving Officer (if applicable)

**REVENUE OFFICER**
Title
Acting
**GROUP MANAGER**
Title

Part C -- to be given to noticee

**To:** TIMOTHY J WASHBURN                              **Date:**

**Address:** 6458 PAMADEVA RD, HANOVER, PA 17331-6809

Enclosed is a copy of a summons served by the IRS to examine records made or kept by, or to request testimony from, the person summoned. If you object to the summons, you are permitted to file a lawsuit in the United States district court in the form of a petition to quash the summons in order to contest the merits of the summons.

If you are the taxpayer, see important information below on the suspensions of your periods of limitations under I.R.C. section 7609(e)(1) and (e)(2).

## General Directions

1. You must file your petition to quash in the United States district court for the district where the person summoned resides or is found.

2. You must file your petition within 20 days from the date of this notice and pay a filing fee as may be required by the clerk of the court.

3. You must comply with the Federal Rules of Civil Procedure and local rules of the United States district court.

## Instructions for Preparing Petition to Quash

1. Entitle your petition "Petition to Quash Summons."

2. Name the person or entity to whom this notice is directed as the petitioner.

3. Name the United States as the respondent.

4. State the basis for the court's jurisdiction, as required by Federal Rule of Civil Procedure. See Internal Revenue Code Section 7609(h).

5. State the name and address of the person or entity to whom this notice is directed and state that the records or testimony sought by the summons relate to that person or entity.

6. Identify and attach a copy of the summons.

7. State in detail every legal argument supporting the relief requested in your petition. See Federal Rules of Civil Procedure. Note that in some courts you may be required to support your request for relief by a sworn declaration or affidavit supporting any issue you wish to contest.

8. Your petition must be signed as required by Federal Rule of Civil Procedure 11.

9. Your petition must be served upon the appropriate parties, including the United States, as required by Federal Rule of Civil Procedure 4.

10. At the same time you file your petition with the court, you must mail a copy of your petition by certified or registered mail to the person summoned and to the IRS. Mail the copy for the IRS to the officer whose name and address are shown on the face of this summons. See 7609(b)(2)(B).

The court will decide whether the person summoned should be required to comply with the summons request.

## Possible Suspension of Periods of Limitations

If you are the taxpayer being examined/investigated by this summons and you file a petition to quash the summons (or if you intervene in any suit concerning the enforcement of this summons), your periods of limitations for assessment of tax liabilities or for criminal prosecutions will be suspended pursuant to I.R.C section 7609(e)(1) for the tax periods to which the summons relates. Such suspension will be effective while any proceeding (or appeal) with respect to the summons is pending. Your periods of limitations may also be suspended under section 7609(e)(2) if the summoned person fails to fully respond to this summons for 6 months. The suspension under section 7609(e)(2) will begin 6 months after the summons is served and will continue until the summoned person finally resolves the obligation to produce the summoned information. You can contact the IRS officer identified on the summons for information concerning the suspension under section 7609(e)(2). If you contact the IRS officer for this purpose, please provide the following information: (1) your name, address, home and work telephone numbers and any convenient time you can be contacted and (2) a copy of the summons or a description of it that includes the date it was issued, the name of the IRS employee who issued it, and the name of the summoned person.

The relevant provisions of the Internal Revenue Code are enclosed with this notice. If you have any questions, please contact the Internal Revenue Service officer before whom the person summoned is to appear. The officer's name and telephone number are shown on the summons.



Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 2039(Rev.10-2010)
Catalog Number 21405J

Part D – to be given to noticee

**Attachment 1 to Summons Form 2039**

In the matter of **TIMOTHY J WASHBURN**

Period information: Form 1040 for the calendar periods ending December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2005, December 31, 2006, December 31, 2007, December 31, 2008, December 31, 2009, December 31, 2010 and December 31, 2011