IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| TERRI WASHBURN, | Case No: |
| Petitioner, | |
| | Judge: |
| -vs- | |
| UNITED STATES OF AMERICA | |
| Respondent. | |

## DECLARATION OF TIMOTHY WASHBURN

I, Timothy J. Washburn, do hereby declare as follows:

1. I am a citizen of Pennsylvania and the husband of Terri Washburn.

2. I am the person named in two summonses which are the subject of Terri Washburn's Petition to Quash Summons.

3. On March 19, 2013, I was ordered by Judge Jones of the Middle District of Pennsylvania to sit with Revenue Officer Erik J. Eberz and answer his questions for the purpose of filling out a Form 433-A, Collection Information Statement.

10. In reviewing the copy of the Form 433-A provided to me by Mr. Eberz on March 29, I saw that he also wrote, under Section 6 of that form, with respect to monthly business income, the words "Don't know recent income, but income would be deposited into Tower FCU, and then withdrawn for living expenses." This is a blatant misrepresentation of what I told him, which was that I didn't know my recent income. During other questioning, I told him that I gave my wife money to pay bills sometimes, and I also told him she had a credit union account.

11. In reviewing the copy of the Form 433-A provided to me by Mr. Eberz on March 29, I saw that he wrote, on one of the attachment pages, "Making enough to currently pay bills money placed Money/Assets in wife's Bank account tower FCU." This is also a blatant misrepresentation of what I told him, which was that I didn't know my recent income. During other questioning, I told him that I gave my wife money to pay bills sometimes, and I also told him she had a credit union account.

12. In reviewing the copy of the Form 433-A provided to me by Mr. Eberz on March 29, I saw that he wrote, under Item 16a of the form, entitled "In the past 10 years, have any assets been transferred by the individual for less than full value," that "periodic deposits" of an asset called "Cash" were transferred to "Terri Washburn Tower FCU." This is a further blatant

misrepresentation of what I told him, which was that I gave my wife money to pay bills sometimes, and I also told him she had a credit union account.

13. I wrote to Erik J. Eberz on April 4, 2013, asking him about these blatant misrepresentations, and he has failed to respond to correct the record. A true and correct copy of that letter is attached.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated this 15th day of May, 2013.

_Timothy J. Washburn_
Timothy J. Washburn
6458 Pamadeva Road
Hanover, PA 17331