**Form 433-A**
(Rev. January 2008)
Department of the Treasury
Internal Revenue Service

# Collection Information Statement for Wage Earners and Self-Employed Individuals

**Wage Earners** Complete Sections 1, 2, 3, and 4, including signature line on page 4. *Answer all questions or write N/A.*
**Self-Employed Individuals** Complete Sections 1, 2, 3, 4, 5 and 6 and signature line on page 4. *Answer all questions or write N/A.*
**For Additional Information,** refer to Publication 1854, "How To Prepare a Collection Information Statement"
*Include attachments if additional space is needed to respond completely to any question.*

| Name on Internal Revenue Service (IRS) Account | Social Security Number SSN on IRS Account | Employer Identification Number EIN |
|---|---|---|

## Section 1: Personal Information

- **1a** Full Name of Taxpayer and Spouse (if applicable): Timothy Washburn
- **1b** Address (Street, City, State, ZIP code) (County of Residence): 6458 Pamadeva Rd, Hanover, PA 17331
- **1c** Home Phone: (717) 637-7809
- **1d** Cell Phone: ( )
- **1e** Business Phone: ( )
- **1f** Business Cell Phone: ( )
- **2a** Marital Status: ☒ Married  ☐ Unmarried (Single, Divorced, Widowed)
- **2b** Name, Age, and Relationship of dependent(s): Levi Washburn, son, 17
- **3a** Taxpayer — Social Security No. (SSN): See original 433-A; Date of Birth: [redacted]; Driver's License Number and State:
- **3b** Spouse: Terri Washburn; [redacted]

## Section 2: Employment Information

*If the taxpayer or spouse is self-employed or has self-employment income, also complete Business Information in Sections 5 and 6.*

**Taxpayer**
- **4a** Taxpayer's Employer Name: Self employed
- **4b** Address (Street, City, State, ZIP code):
- **4c** Work Telephone Number: ( )
- **4d** Does employer allow contact at work: ☐ Yes ☐ No
- **4e** How long with this employer (years) (months):
- **4f** Occupation:
- **4g** Number of exemptions claimed on Form W-4:
- **4h** Pay Period: ☐ Weekly ☐ Bi-weekly ☐ Monthly ☐ Other

**Spouse**
- **5a** Spouse's Employer Name: Unemployed, homemaker
- **5b** Address (Street, City, State, ZIP code):
- **5c** Work Telephone Number: ( )
- **5d** Does employer allow contact at work: ☐ Yes ☐ No
- **5e** How long with this employer (years) (months):
- **5f** Occupation:
- **5g** Number of exemptions claimed on Form W-4:
- **5h** Pay Period: ☐ Weekly ☐ Bi-weekly ☐ Monthly ☐ Other

## Section 3: Other Financial Information *(Attach copies of applicable documentation.)*

**6** Is the individual or sole proprietorship party to a lawsuit *(If yes, answer the following)*  ☐ Yes  ☒ No
- ☐ Plaintiff  ☐ Defendant
- Location of Filing:
- Represented by:
- Docket/Case No.:
- Amount of Suit: $
- Possible Completion Date (mmddyyyy):
- Subject of Suit:

**7** Has the individual or sole proprietorship ever filed bankruptcy *(If yes, answer the following)*  ☐ Yes  ☒ No
- Date Filed (mmddyyyy):
- Date Dismissed or Discharged (mmddyyyy):
- Petition No.:
- Location:

**8** Any increase/decrease in income anticipated (business or personal) *(If yes, answer the following)*  ☐ Yes  ☒ No
- Explain. *(Use attachment if needed)*:
- How much will it increase/decrease: $
- When will it increase/decrease: Unknown

**9** Is the individual or sole proprietorship a beneficiary of a trust, estate, or life insurance policy *(If yes, answer the following)*  ☐ Yes  ☒ No
- Place where recorded:
- EIN:
- Name of the trust, estate, or policy:
- Anticipated amount to be received: $
- When will the amount be received:

**10** In the past 10 years, has the individual resided outside of the United States for periods of 6 months or longer *(If yes, answer the following)*  ☐ Yes  ☒ No
- Dates lived abroad: from (mmddyyyy): To (mmddyyyy):

www.irs.gov                Cat. No. 20312N                Form **433-A** (Rev. 1-2008)

Timothy J. Washburn
6458 Pamadeva Rd.
Hanover, PA 17331


April 3, 2013               VIA FAX:  717-207-4378
                            VIA CERT. MAIL: 7012 1640 0001 3970 6807


Erik J. Eberz
Internal Revenue Officer
Internal Revenue Service
1720 Hempstead Rd., Bldg. 144
Lancaster, PA 17601

Re:   *United States v. Timothy Washburn*,
      12-CV-1908 and 12-CV-1909

Dear Mr. Eberz:

Thank you for your sending me copies of the Form 433-A which you filled out in the courtroom on March 19, 2013, as you were asking me questions related to that form. I received your copy on March 29, 2013.

As you know, you requested, and I agreed, that I should try and *request* my wife's bank statements from the credit union my wife uses. You memorialized this agreement in your notes of that day, on one of the attached pages, as "would be willing Requesting Bank Statements May 2012 thru 3/19/13 from Tower FCU." As I informed you on March 29, 2013, I did make such a request, and the credit union has refused it.

However, as you filled out the Form 433-A, you apparently wrote down several things I must immediately correct, since I made the mistake of not reading what you had written on the form before signing it under Judge Jones' order. First, under Section 6, regarding "Total Monthly Business Income," you wrote "... but income would be deposited in the Tower FCU, and then withdrawn for living expenses." This is not true, and it is not what I said to you. I told you that I gave money to my wife to pay bills, and it was my speculation that she uses the credit union to pay bills. However, I do *not* deposit income into my wife's accounts, and I do *not* transfer income to my wife so that she can deposit it into her account. On one of the attached pages, you again wrote "money placed Money/Assets in wife's Bank account tower FCU." Again, this is untrue. I do *not* place money or assets in my wife's accounts. Further, I note that on page one of the Form 433-A, you wrote that I am "self-employed" when "currently unemployed" is accurate.

Whether your misrepresentations are inadvertent or deliberate, I request you make this letter a part of the permanent record, so that my real answers can be memorialized.

On March 19, 2013, when I agreed with you that I would try to request my wife's credit union statements, were you aware of the Right to Financial Privacy Act of 1978 [12 U.S.C. 3401 *et seq.*]? Were you aware at that time that 12 U.S.C. § 3402 prohibits access to financial records by government authorities (such as the IRS) unless the banking customer has authorized such disclosure (§ 3404), or unless an administrative summons has been served on the financial institution and the customer (§ 3405), or unless a judicial subpoena has been served upon the financial institution and the customer (§ 3407)?

Were you also aware on March 19, 2013, that 15 U.S.C. § 6801 *et seq.* prohibits financial institutions from making nonpublic personal information of their customers available to nonaffiliated third parties such as myself without having permission from the customer who holds the account? In other words, were you aware that it would be legally impossible for me to obtain the banking records of another person?

I await your response.

Sincerely,

*[signature: Timothy J. Washburn]*
Timothy J. Washburn