IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

|  |  |  |
|---|---|---|
| TERRI WASHBURN, | * | |
| Petitioner, | * | Civil Action No.: GLR 13-cv-01438 |
| vs. | * | |
| UNITED STATES OF AMERICA, | * | |
| Respondent. | * | |

\*\*\*\*\*\*

**MOTION TO DISMISS
BECAUSE MATTER IS MOOT**

Comes now, the Respondent, the United States of America, on behalf of its agency, the Internal Revenue Service ("IRS"), by and through its undersigned attorneys, and responds as follows to the Petition to Quash Third Party IRS Summonses filed by Petitioner, Terri Washburn:

1. On or about May 15, 2013, Petitioner Terri Washburn, filed a Petition to Quash Third Party IRS Summonses. In the petition, Washburn requests that this Court quash two summonses issued to the Tower Federal Credit Union ("FCU") regarding Petitioner and her husband, Timothy Wasburn.

2. This Court issued a show cause order on May 22, 2013. ECF No. 2. The order required the Respondent to file an answer within 28 days from the entry of the order.

3. Attached hereto are two letters dated June 10, 2013, which show that the Revenue Officer who issued both Third Party Summonses to Tower FCU has withdrawn them. Exhibit 1.

4. Therefore, this case is moot. Generally a case will be dismissed as moot when events occur during the pendency of the case which prevent the court from granting any effective relief.

WHEREFORE, the Respondent moves that this case be dismissed as Moot Without Prejudice.

> Respectfully submitted,
>
> Rod J. Rosenstein
> United States Attorney
>
> By: ___/s/_____
> Larry D. Adams
> Assistant United States Attorney
> 36 South Charles Street, 4th Floor
> Baltimore, Maryland 21201
> 410-209-4800

## CERTIFICATE OF SERVICE

This is to certify that on this 11th day of June, 2013, a copy of the foregoing was sent by first-class mail, postage prepaid, and filed electronically to the following:

Terri Washburn
6458 Pamadeva Road
Hanover, Pennsylvania 17331

Tower Federal Credit Union
7901 Sandy Spring Road
Laurel, Maryland 20707

                                                                                  /s/
                                              Larry D. Adams
                                              Assistant United States Attorney