

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

Date: 06/10/2013

Tower Federal Credit Union
7901 Sandy Spring Road
Laurel, MD 20707

IN RE: Summons issued in the matter of Terri Washburn, 6458 Pamadeva Road, Hanover, PA 17331

Dear Tower Federal Credit Union,

On April 25, 2013, Tower Federal Credit Union was served with a Summons in the above referenced matter. Enclosed is a copy of the Summons. This letter will serve as Notice that the IRS is rescinding the referenced Summons effective immediately. Therefore, you are not required to comply with the Summons.

A copy of this letter is being sent to Terri Washburn.

Sincerely,

ERIK J EBERZ
REVENUE OFFICER
Employee ID#: 12-51822

Cc: Terri Washburn

# Summons



In the matter of __TERRI WASHBURN, 6458 PAMADEVA ROAD, HANOVER, PA 17331__

Internal Revenue Service (Division): __SMALL BUSINESS/SELF EMPLOYED__

Industry/Area (name or number): __SB/SE AREA 2 (22)__

Periods:   __See Attachment 1 to Summons Form 2039 for Period Information__

### The Commissioner of Internal Revenue

To: __TOWER FEDERAL CREDIT UNION__
At: __7901 SANDY SPRING ROAD, LAUREL, MD 20707__

You are hereby summoned and required to appear before ERIK J EBERZ, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

The following information regarding any accounts with your bank on which Timothy J Washburn (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) or Terri M Washburn (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) is named as a depositor is required:

   1. Bank Statements for 01/01/2002 to 12/31/2012 for all checking, savings, or other accounts in the name or control of Timothy J Washburn and/or Terri M Washburn.
   2. Deposit slips, deposit items (both sides of cancelled checks comprising each deposit (including cashed out foreign items), and both sides of all cancelled checks for 01/01/2002 to 12/31/2012 for all checking, savings, or other accounts in the name or control of Timothy J Washburn and/or Terri M Washburn.
   3. Copies of any financial statements and loan applications from 01/01/2002 to 12/31/2012
   4. Documents on any wire transfers in and wire transfers out in 01/01/2002 to 12/31/2012
   5. Signature cards for all bank accounts from 01/01/2002 to 12/31/2012
   6. Any private banking information for 01/01/2002 to 12/31/2012

If there are no such accounts, a statement to this effect is required. Please print more than one check on each page to save paper.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

__1720 HEMPSTEAD RD BLDG 144, LANCASTER, PA 17601 (717) 207-4344__

**Place and time for appearance at**   __1720 HEMPSTEAD RD BLDG 144, LANCASTER, PA 17601__

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039(Rev. 10-2010)
Catalog Number 21405J

on the __24th__ day of __May__, __2013__ at __8:30__ o'clock __a__ m.

Issued under authority of the Internal Revenue Code this __25th__ day of __April__, __2013__

__ERIK J EBERZ__
Signature of Issuing Officer

__REVENUE OFFICER__
Title

__GROUP MANAGER__
Signature of Approving Officer (if applicable)   Title

Original -- to be kept by IRS

## Attachment 1 to Summons Form 2039

In the matter of **TERRI WASHBURN**

Period information: Form 1040 for the calendar periods ending December 31, 2002, December 31, 2003, December 31, 2004, December 31, 2005, December 31, 2006, December 31, 2007, December 31, 2008, December 31, 2009, December 31, 2010 and December 31, 2011



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

Date: 06/10/2013

Tower Federal Credit Union
7901 Sandy Spring Road
Laurel, MD 20707

IN RE: Summons issued in the matter of Timothy Washburn, 6458 Pamadeva Road, Hanover, PA 17331

Dear Tower Federal Credit Union,

On April 25, 2013, Tower Federal Credit Union was served with a Summons in the above referenced matter. Enclosed is a copy of the Summons. This letter will serve as Notice that the IRS is rescinding the referenced Summons effective immediately. Therefore, you are not required to comply with the Summons.

A copy of this letter is being sent to Timothy Washburn.

Sincerely,

ERIK J EBERZ
REVENUE OFFICER
Employee ID#: 12-51822

Cc: Timothy Washburn



# Summons

In the matter of **TIMOTHY J WASHBURN, 6458 PAMADEVA RD, HANOVER, PA 17331-6809**

Internal Revenue Service (Division): **SMALL BUSINESS/SELF EMPLOYED**

Industry/Area (name or number): **SB/SE AREA 2 (22)**

Periods: **See Attachment 1 to Summons Form 2039 for Period Information**

### The Commissioner of Internal Revenue

To: **TOWER FEDERAL CREDIT UNION**
At: **7901 SANDY SPRING ROAD, LAUREL, MD 20707**

You are hereby summoned and required to appear before ERIK J EBERZ, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

The following information regarding any accounts with your bank on which Timothy J Washburn (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) or Terri M Washburn (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) is named as a depositor is required:

1. Bank Statements for 01/01/2002 to 04/10/2013 for all checking, savings, or other accounts in the name or control of Timothy J Washburn and/or Terri M Washburn.
2. Deposit slips, deposit items (both sides of cancelled checks comprising each deposit (including cashed out foreign items), and both sides of all cancelled checks for 01/01/2002 to 04/10/2013 for all checking, savings, or other accounts in the name or control of Timothy J Washburn and/or Terri M Washburn.
3. Copies of any financial statements and loan applications from 01/01/2002 to 04/10/2013
4. Documents on any wire transfers in and wire transfers out in 01/01/2002 to 04/10/2013
5. Signature cards for all bank accounts from 01/01/2002 to 04/10/2013
6. Any private banking information for 01/01/2002 to 04/10/2013

If there are no such accounts, a statement to this effect is required. Please print more than one check on each page to save paper.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

**1720 HEMPSTEAD RD BLDG 144, LANCASTER, PA 17601 (717) 207-4344**

**Place and time for appearance at** **1720 HEMPSTEAD RD BLDG 144, LANCASTER, PA 17601**

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039(Rev. 10-2010)
Catalog Number 21405J

on the **24th** day of **May**, **2013** at **8:30** o'clock **a** m.

Issued under authority of the Internal Revenue Code this **25th** day of **April**, **2013**

**ERIK J EBERZ**
Signature of Issuing Officer

**REVENUE OFFICER**
Title

*(signature)*
Signature of Approving Officer (if applicable)

**GROUP MANAGER**
Title

**Original — to be kept by IRS**

# Attachment 1 to Summons Form 2039

In the matter of **TIMOTHY J WASHBURN**

Period information: Form 1040 for the calendar periods ending December 31, 2001, December 31, 2002, December 31, 2003, December 31, 2005, December 31, 2006, December 31, 2007, December 31, 2008, December 31, 2009, December 31, 2010 and December 31, 2011